IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HOMESITE INSURANCE COMPANY,**

    Plaintiff,

v.                                                                                      No. 16-cv-1173 CG/SMV

**CHASE RAINES,**

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed its Complaint against Defendant on October 24, 2016. [Doc. 1]. Plaintiff had 90 days from filing the Complaint, or until January 23, 2017, to effect service of process. *See* Fed. R. Civ. P. 4(m) (2015). There is no indication on the record that service of process has been effected.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why its claims against Defendant should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file its response **no later than February 16, 2017**.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**